ENSIGN, Respondent, v. DICKINSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by May Ensign, as administratrix, etc., against Elizabeth Dickinson, individually and as sur-

vivor of herself and Thomas Dickinson, deceased, co-partners. No opinion. Order affirmed, with $10 costs and disbursements.